| | FILED |
|---|---|
| **UNITED STATES DISTRICT COURT** | March 20, 2009 |
| **EASTERN DISTRICT OF CALIFORNIA** | CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
| | DEPUTY CLERK |

**JUDGMENT IN A CIVIL CASE**

DONOVAN JORDAN,

       Plaintiff,                CIV S-09-0347 FCD KJM

   v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.


IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON MARCH 20, 2009.**


                                                      Victoria C. Minor,
                                                      Clerk of the Court

ENTERED:   March 20, 2009

                                                      by:_____/s/_____
                                                        Michele Krueger,
                                                      Courtroom Deputy