Debbie P. Kirkpatrick, Esq. (SBN207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN JORDAN, <br><br> Plaintiff, <br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendant. | Case No. 2:09-CV-00347-FCD-KJM <br><br> STIPULATION AND ORDER TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |

Plaintiff, DONOVAN JORDAN, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 6, 2009. NCO filed its answer to the complaint on March 11, 2009. DONOVAN JORDAN filed a notice of acceptance of NCO's Offer of Judgment on March 20, 2009. The Court entered judgment thereon on March 20, 2009. The parties subsequently resolved the action in its entirety. As part of

Stipulation and Order to Vacate Judgment and Dismiss Action with Prejudice

1

said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 4/9/09         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: 4/9/09         KROHN & MOSS

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
DONOVAN JORDAN

IT IS SO ORDERED:

Dated: April 13, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Vacate Judgment and Dismiss Action with Prejudice

2